IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LFR COLLECTIONS LLC, as Acquirer of Certain Receivables of The Stillwater Asset-Backed Fund, LP,,
    Plaintiff,

-vs-                                      Case No. A-11-CA-412-SS

ROSENTHAL & WATSON, PC; MARC G. ROSENTHAL; and LYNN WATSON,
    Defendants.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically the defendants' Motion to Dismiss and Alternatively for a More Definite Statement [#30] and the opposition to the same, and after a hearing wherein counsel attempted to state their positions and the Court indicate he would allow an amended complaint to be filed, enters the following:

IT IS ORDERED that defendants' Motion to Dismiss [#8] is hereby DISMISSED AS MOOT in light of the amended complaint.

IT IS ORDERED that the pending Motion to Dismiss and Alternatively for a More Definite Statement [#30] is DENIED. The pleadings are sufficient to state allegations at this date and any further arguments based on an evidentiary issue can be handled in motions for partial summary judgment, motions for summary judgment, and/or trial.

SIGNED this the 29 day of November 2011.

_____
UNITED STATES DISTRICT JUDGE